**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

SOOMEKH ORIENTAL RUGS,

Plaintiff,

v.

TARGET CORPORATION, f/k/a DAYTON HUDSON CORPORATION,

Defendant.

Civil No. 00-2570 ADM/AJB

**ORDER**

---

On March 22, 2001, the above matter came before the Court on Plaintiff's Motion to Compel. [Docket No. 16]. The Court is aware that, in this matter, there is a pending Motion to Dismiss, which is set to be heard on March 28, 2001. Because of the confidential nature of the information requested, and because of the purported burden required to produce some of said information, the Court will withhold judgment on the Motion to Compel until after the Motion to Dismiss has been ruled upon. It should be noted that the Court is not suspending Discovery in this matter, but only withholding judgment on the motion which is now before the Court.

Dated: 3/23/01

Arthur J. Boylan
United States Magistrate Judge

MAR 23 2001
FILED
CLERK